# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD SATISH EMRIT, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 23-0994 (UNA) |
| UNIVERSITY OF MIAMI SCHOOL OF LAW, *et al.*, | : |
| Defendants. | : |

## ORDER

Because Ronald Satish Emrit has abused the *in forma pauperis* privilege, he is barred from proceeding *in forma pauperis* in the United States District Court for the District of Columbia. *See* Order, *Emrit v. Pratt*, No. 1:23-cv-0992 (D.D.C. June 6, 2023). Accordingly, it is hereby

ORDERED that Emrit's application to proceed *in forma pauperis* [2] is DENIED; and it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED WITHOUT PREJUDICE. If Emrit wishes to proceed, he must file a motion to reopen this case *and* pay the filing fee in full.

The Clerk of Court shall TERMINATE this case.

SO ORDERED.

DATE: June 12, 2023                              TREVOR N. McFADDEN
                                                 United States District Judge